IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

NICHOLAS FRITSCH,

                Plaintiff,

v.

CO JOE, JOHN DOE, and JOHN DOE,

                Defendants.

ORDER

23-cv-803-jdp

---

    Plaintiff Nicholas Fritsch, proceeding without counsel, asks me to reconsider my order denying his successive motion for a new pretrial conference and instructing him that he would face sanctions if he made any of the same requests again. Dkt. 39. I will deny this request. The record shows that Fritsch had received the court's orders denying his repetitive requests for a new pretrial conference and other relief before he threatened to file his motion "over and over until his needs [were] met." *See* Dkt. 20; Dkt. 22; Dkt. 28; Dkt. 30; *see also* Dkt. 35-2. Fritsch also expresses concern that my order will interfere with his response to defendant CO Joe's motion for summary judgment on exhaustion grounds, but that concern is unfounded because my order didn't relate to that submission.

    In addition, Fritsch asks me to consider his request for a transfer of venue. Dkt. 39 at 2. But I denied that request, which was legally frivolous, on June 24, 2024. Dkt. 31. Fritsch knew about that order because he attached it to a later motion. Dkt. 35-1. Fritsch has disregarded my instruction not to make any of the same requests again. Therefore, I will bar Fritsch from filing any motion without advance permission from the court. Before filing any motion, Fritsch must file a letter, not to exceed one page, explaining why he wants to file a motion. If the court determines from the letter that Fritsch has a good reason to file a motion, it will issue an order

instructing him on how to file the motion. Fritsch is cautioned that failure to comply with this order will result in dismissal of this case as a sanction.

ORDER

IT IS ORDERED that:

1. Plaintiff Nicholas Fritsch's motion for reconsideration, Dkt. 39, is DENIED.

2. Plaintiff is BARRED from filing any motions in this case without advance permission from the court. If plaintiff wishes to file a motion, he must follow the procedure set forth in this order.

3. The clerk is directed to send plaintiff a copy of this order.

Entered August 7, 2024.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge